# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

## ORLANDO DIVISION

**OWEN HARTY, Individually,**

                                         **Case No. 06:09-CV-1578-ORL-28GJK**

      **Plaintiff,**

**v.**

**WRI-TC MARKETPLACE AT DR. PHILLIPS,**

**LLC, a Foreign Limited Liability Company,**

      **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff, Owen Harty, and Defendant, WRI-TC Marketplace at Dr. Phillips, LLC, by and through undersigned counsel, hereby stipulate to entry of an order of Dismissal with Prejudice of Plaintiff's claims raised in the above-styled action.  Each side shall bear its attorneys' fees and Court costs.  The parties request that the Court retain jurisdiction over this action solely to enforce the terms of the settlement agreement and release executed by the parties.

**THOMAS B. BACON, P.A.**                    **HOLLAND & KNIGHT LLP**

Counsel for Plaintiff                         Counsel for Defendant, WRI

4868 S.W. 103rd Avenue

Cooper City, FL  33328

Tel: 954-478-7811

Fax: 954-237-1990

1 E. Broward Blvd., Ste. 1300

Fort Lauderdale, FL 33301

Tel: 954-525-1000

Fax: 954-463-2030

s/ Thomas B. Bacon

THOMAS B. BACON, ESQ

Fl. Bar No.: 139262

s/ Erika R. Royal

ERIKA R. ROYAL, ESQ.

Fla. Bar No.: 154385